**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WOTTRICH, RICHARD L § Case No. 13-38887
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 02, 2013. The undersigned trustee was appointed on October 02, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       775,000.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                    639,212.03
    Administrative expenses                                    51,377.22
    Bank service fees                                              90.36
    Other payments to creditors                                     0.00
    Non-estate funds paid to 3rd Parties                       42,430.38
    Exemptions paid to the debtor                              15,000.00
    Other payments to the debtor                                    0.00

    Leaving a balance on hand of [1]         $        26,890.01

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/23/2014 and the deadline for filing governmental claims was 01/23/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $39,128.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,500.00, for a total compensation of $2,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/18/2014    By: /s/RICHARD M. FOGEL
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-38887  
**Case Name:** WOTTRICH, RICHARD L  

**Period Ending:** 08/18/14

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/02/13 (f)  
**§341(a) Meeting Date:** 11/19/13  
**Claims Bar Date:** 01/23/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Single-family home - 870 Thornwood, Glenview   Imported from original petition Doc# 1  (See Footnote) | 750,000.00 | 20,000.00 | | 775,000.00 | FA |
| 2   Personal Funds   Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3   Checking - Citibank - #5764   Imported from original petition Doc# 1 | 1,700.00 | 0.00 | | 0.00 | FA |
| 4   Miscellaneous used household goods and furnishin   Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5   Use clothing fully depreciated   Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6   IRA - Schwab - #1809   Imported from original petition Doc# 1 | 214.00 | 0.00 | | 0.00 | FA |
| 7   100% shareholder of DSI Investment Banking Servi   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8   2007 Mercedes ML350 - 75,000 miles- in possessio   Imported from original petition Doc# 1 | 10,250.00 | 0.00 | | 0.00 | FA |
| 9   2010 VW Tiguan - 12,500 miles - In possession of   Imported from original petition Doc# 1 | 11,600.00 | 0.00 | | 0.00 | FA |
| **9   Assets   Totals** (Excluding unknown values) | **$775,464.00** | **$20,000.00** | | **$775,000.00** | **$0.00** |

RE PROP# 1    Debtor holds title in tenancy by entirety with non-debtor spouse.  Spouse is consenting to sale of property and is entitled to 1/2 of net proceeds of sale.

---

**Major Activities Affecting Case Closing:**

Assets have been administered.  Trustee is waiting for accountant to prepare estate income tax returns.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    September 30, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-38887 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | WOTTRICH, RICHARD L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9866 - Checking Account |
| Taxpayer ID #: | **-***4560 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/18/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/14 | | CHICAGO TITLE AND TRUST COMPANY | Net proceeds of sale of 870 Thornwood Ln., Glenview, IL per o/c 2-5-14 | | 27,430.37 | | 27,430.37 |
| | {1} | | Gross proceeds of sale    775,000.00 | 1110-000 | | | 27,430.37 |
| | | | Seterus, Inc.- First mortgage    -365,171.95 | 4110-000 | | | 27,430.37 |
| | | | TCF Bank- Second mortgage    -239,480.80 | 4110-000 | | | 27,430.37 |
| | | | ReMax- trustee broker commission    -19,482.50 | 3510-000 | | | 27,430.37 |
| | | | Koenig & Strey- buyer's broker commission    -19,092.50 | 3510-000 | | | 27,430.37 |
| | | | Past due 2012 and 2013 real estate taxes and credit for accrued taxes    -34,559.28 | 4700-000 | | | 27,430.37 |
| | | | Closing credit for maintenance costs    -3,500.00 | 2420-000 | | | 27,430.37 |
| | | | Carlson HVAC- Maintenance of furnance    -2,465.00 | 2420-000 | | | 27,430.37 |
| | | | Reimburse Sharon Wottrich for painting and repairs    -672.72 | 2420-000 | | | 27,430.37 |
| | | | Sharon Wottrich- 50% of net proceeds less amount paid to United Van Lines    -31,506.55 | 8500-002 | | | 27,430.37 |
| | | | United Van Lines, as directed by Sharon Wottrich    -10,923.83 | 8500-002 | | | 27,430.37 |
| | | | Richard Wottrich- Homestead exemption less funds directed to Catherine B. Hoppe    -7,500.00 | 8100-002 | | | 27,430.37 |
| | | | Catherine B. Hoppe, as directed by Richard Wottrich    -7,500.00 | 8100-002 | | | 27,430.37 |
| | | | Chicago Title- seller's title insurance, closing costs and transfer taxes    -5,714.50 | 2500-000 | | | 27,430.37 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 27,420.37 |

Subtotals :    $27,430.37    $10.00

{} Asset reference(s)    Printed: 08/18/2014 01:56 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-38887  
**Case Name:** WOTTRICH, RICHARD L

**Taxpayer ID #:** **-***4560  
**Period Ending:** 08/18/14

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/14 | 101 | NEKOLA SURVEY, INC. | Invoice #14-03-0126- Survey for 870 Thornwood, Glenview | 2500-000 | | 450.00 | 26,970.37 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.63 | 26,928.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.73 | 26,890.01 |
| | | | **ACCOUNT TOTALS** | | 27,430.37 | 540.36 | **$26,890.01** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 27,430.37 | 540.36 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,430.37** | **$-14,459.64** | |

| | |
|---|---:|
| Net Receipts : | 27,430.37 |
| Plus Gross Adjustments : | 747,569.63 |
| Less Payments to Debtor : | 15,000.00 |
| Less Other Noncompensable Items : | 42,430.38 |
| Net Estate : | $717,569.62 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9866 | 27,430.37 | -14,459.64 | 26,890.01 |
| | $27,430.37 | $540.36 | $26,890.01 |

# Claims Proposed Distribution

## Case:  13-38887   WOTTRICH, RICHARD L

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $26,890.01   **Total Proposed Payment:** $26,890.01   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | RICHARD M. FOGEL | Admin Ch. 7 | 39,128.48 | 2,500.00 | 0.00 | 2,500.00 | 2,500.00 | 24,390.01 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| B | SHAW FISHMAN GLANTZ & TOWBIN LLC | Admin Ch. 7 | 7,102.00 | 7,102.00 | 0.00 | 7,102.00 | 7,102.00 | 17,288.01 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| C | SHAW FISHMAN GLANTZ & TOWBIN LLC | Admin Ch. 7 | 195.20 | 195.20 | 0.00 | 195.20 | 195.20 | 17,092.81 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| D | POPOWCER KATTEN, LTD. | Admin Ch. 7 | 931.00 | 931.00 | 0.00 | 931.00 | 931.00 | 16,161.81 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 2 | Marquette Bank | Unsecured | 141,178.58 | 141,178.58 | 0.00 | 141,178.58 | 8,976.31 | 7,185.50 |
| 3 | American Express Centurion Bank | Unsecured | 565.77 | 565.77 | 0.00 | 565.77 | 35.97 | 7,149.53 |
| 4 | Fifth Third Bank | Unsecured | 7,252.14 | 7,252.14 | 0.00 | 7,252.14 | 461.10 | 6,688.43 |
| 5 | G Benjamin CPA PC | Unsecured | 86,522.61 | 86,522.61 | 0.00 | 86,522.61 | 5,501.21 | 1,187.22 |
| 6 | Richard Wottrich | Unsecured | 18,672.42 | 18,672.42 | 0.00 | 18,672.42 | 1,187.22 | 0.00 |
| | **Claim Memo:**  Subrogation claim of co-debtor for IRS claim #1 per section 509 | | | | | | | |
| | **Total for Case 13-38887 :** | | **$301,548.20** | **$264,919.72** | **$0.00** | **$264,919.72** | **$26,890.01** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $47,356.68 | $10,728.20 | $0.00 | $10,728.20 | 100.000000% |
| **Total Unsecured Claims :** | $254,191.52 | $254,191.52 | $0.00 | $16,161.81 | 6.358123% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-38887
Case Name: WOTTRICH, RICHARD L
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 26,890.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 26,890.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 7,102.00 | 0.00 | 7,102.00 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 195.20 | 0.00 | 195.20 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 931.00 | 0.00 | 931.00 |

Total to be paid for chapter 7 administration expenses: $ 10,728.20
Remaining balance: $ 16,161.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,161.81

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 16,161.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 254,191.52 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Marquette Bank | 141,178.58 | 0.00 | 8,976.31 |
| 3 | American Express Centurion Bank | 565.77 | 0.00 | 35.97 |
| 4 | Fifth Third Bank | 7,252.14 | 0.00 | 461.10 |
| 5 | G Benjamin CPA PC | 86,522.61 | 0.00 | 5,501.21 |
| 6 | Richard Wottrich | 18,672.42 | 0.00 | 1,187.22 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 16,161.81 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $          0.00 |
| | Remaining balance: | $          0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: $ | 0.00 |
| | Remaining balance: $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**