## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-38887 |
| | ) | |
| WOTTRICH, RICHARD L. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on October 2, 2014 in Courtroom 680**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  August 26, 2014_____          By:  /s/  Richard M. Fogel_____
                                              Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: WOTTRICH, RICHARD L        §    Case No. 13-38887

                                              §
                                              §

Debtor(s)                                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 775,000.00 |
| *and approved disbursements of* | $ | 748,109.99 |
| *leaving a balance on hand of* [1] | $ | 26,890.01 |

**Balance on hand:**      $      26,890.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 26,890.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 7,102.00 | 0.00 | 7,102.00 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 195.20 | 0.00 | 195.20 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 931.00 | 0.00 | 931.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ | 10,728.20 |
| Remaining balance: | $ | 16,161.81 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $      0.00

Remaining balance: $      16,161.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $      0.00

Remaining balance: $      16,161.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 254,191.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Marquette Bank | 141,178.58 | 0.00 | 8,976.31 |
| 3 | American Express Centurion Bank | 565.77 | 0.00 | 35.97 |
| 4 | Fifth Third Bank | 7,252.14 | 0.00 | 461.10 |
| 5 | G Benjamin CPA PC | 86,522.61 | 0.00 | 5,501.21 |
| 6 | Richard Wottrich | 18,672.42 | 0.00 | 1,187.22 |

Total to be paid for timely general unsecured claims: $      16,161.81

Remaining balance: $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/RICHARD M. FOGEL

Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-38887-JPC
Richard L Wottrich                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton        Page 1 of 1          Date Rcvd: Aug 27, 2014
                             Form ID: pdf006         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2014.
db           #+Richard L Wottrich,    870 Thornwood Lane,   Glenview, IL 60025-4419
aty           +David S Horwitch,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N Clark Street,    Suite 800,
               Chicago, IL 60654-4766
aty           +Shaw Guissis Fishman Glantz Wolfson & Towbin LLC,    321 N Clark Street,    Suite 800,
               Chicago, IL 60654-4766
21063780       American Express,   Box 0001,   Los Angeles, CA 90096-8000
21246042       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21063781       Bank of America,   PO Box 851001,    Dallas, TX 75285-1001
21063782       Citimortgage Inc.,    PO Box 183040,   Columbus, OH 43218-3040
21260174      +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,   Dallas, Texas 75243-4652
21063783      +Fifth Third Bank,    PO Box 7407789,   Cincinnati, OH 45274-0001
21386776      +G Benjamin CPA PC,    Gerald R Benjamin,   191 Peachtree Suite 4050,    Atlanta GA 30303-1786
21063784      +Gerry Benjamin,    88 W Paces Ferry Rd NW  #1630,   Atlanta, GA 30305-1449
21063786      +Kay Hoppe,   c/o Credentia, Inc,   980 N. Michigan Ave.  #1400,   Chicago, IL 60611-7500
21063787      +Marquette Bank,    10000 W. 151st Street,   Orland Park, IL 60462-3140
21431270      +Marquette Bank,    10000 West 151st Street,   Orland Park, IL 60462-3140
21063788      +Mercedes Benz Financial Services,    POB 685,   Roanoke, TX 76262-0685
21089334       Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
21063789       Sharon C. Wottrich,    870 Thornton Lane,   Glenview, IL 60025-4419
21063790       Sheldon E. Friedman,    5555 Glenridge Connector NE,    Suite 925,   Atlanta, GA 30342-4728
21063792       TCF Bank,   PO 1485,   Minneapolis, MN 55480-1485
21063791       TCF Bank,   POB 1485,   Minneapolis, MN 55480-1485
21063793       VW Credit,   POB 5215,   Carol Stream, IL 60197-5215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21063785       E-mail/Text: cio.bncmail@irs.gov Aug 28 2014 00:54:37     Internal Revenue Service,
               Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21094111*     Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2014 at the address(es) listed below:
          David S Adduce    on behalf of Creditor   Marquette Bank dadduce@komdr.com
          Joseph Wrobel    on behalf of Debtor Richard L Wottrich josephwrobel@chicagobankruptcy.com,
           chepe48@gmail.com,lindabolotin@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
          Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,  il72@ecfcbis.com
          Richard M. Fogel    on behalf of Accountant   Popowcer Katten Ltd rfogel@shawfishman.com,
           il72@ecfcbis.com
          Steven B Chaiken    on behalf of Creditor Catherine  Hoppe schaiken@ag-ltd.com, lhope@ag-ltd.com
                                                                                             TOTAL: 7