**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WOTTRICH, RICHARD L           § Case No. 13-38887
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $25,464.00 *(without deducting any secured claims)* | Assets Exempt: $21,975.00 |
| Total Distribution to Claimants: $655,373.84 | Claims Discharged Without Payment: $322,192.71 |
| Total Expenses of Administration: $62,195.78 | |

　　　3) Total gross receipts of $ 775,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 57,430.38 (see **Exhibit 2**), yielded net receipts of $717,569.62
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $604,265.00 | $639,212.03 | $639,212.03 | $639,212.03 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 98,824.26 | 62,195.78 | 62,195.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,148.00 | 1,669.63 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 333,072.00 | 270,563.92 | 254,191.52 | 16,161.81 |
| **TOTAL DISBURSEMENTS** | $939,485.00 | $1,010,269.84 | $955,599.33 | $717,569.62 |

    4) This case was originally filed under Chapter 7 on October 02, 2013. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2014           By: /s/RICHARD M. FOGEL
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single-family home – 870 Thornwood, Glenview | 1110-000 | 775,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$775,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHICAGO TITLE AND TRUST COMPANY | Sharon Wottrich- 50% of net proceeds less amount paid to United Van Lines | 8500-002 | 31,506.55 |
| CHICAGO TITLE AND TRUST COMPANY | United Van Lines, as directed by Sharon Wottrich | 8500-002 | 10,923.83 |
| CHICAGO TITLE AND TRUST COMPANY | Richard Wottrich- Homestead exemption less funds directed to Catherine B. Hoppe | 8100-002 | 7,500.00 |
| CHICAGO TITLE AND TRUST COMPANY | Catherine B. Hoppe, as directed by Richard Wottrich | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$57,430.38** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | TCF Bank | 4110-000 | 229,963.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF Bank | 4110-000 | 4,522.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc. | 4110-000 | 349,829.00 | N/A | N/A | 0.00 |
| NOTFILED | VW Credit | 4210-000 | 10,662.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercedes Benz Financial Services | 4210-000 | 9,289.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CHICAGO TITLE AND TRUST COMPANY | 4110-000 | N/A | 365,171.95 | 365,171.95 | 365,171.95 |
| CHICAGO TITLE AND TRUST COMPANY | 4110-000 | N/A | 239,480.80 | 239,480.80 | 239,480.80 |
| CHICAGO TITLE AND TRUST COMPANY | 4700-000 | N/A | 34,559.28 | 34,559.28 | 34,559.28 |
| **TOTAL SECURED CLAIMS** | | $604,265.00 | $639,212.03 | $639,212.03 | $639,212.03 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 39,128.48 | 2,500.00 | 2,500.00 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3110-000 | N/A | 7,102.00 | 7,102.00 | 7,102.00 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3120-000 | N/A | 195.20 | 195.20 | 195.20 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 931.00 | 931.00 | 931.00 |
| CHICAGO TITLE AND TRUST COMPANY | 3510-000 | N/A | 19,482.50 | 19,482.50 | 19,482.50 |
| CHICAGO TITLE AND TRUST COMPANY | 3510-000 | N/A | 19,092.50 | 19,092.50 | 19,092.50 |
| CHICAGO TITLE AND TRUST COMPANY | 2420-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| CHICAGO TITLE AND TRUST COMPANY | 2420-000 | N/A | 2,465.00 | 2,465.00 | 2,465.00 |
| CHICAGO TITLE AND TRUST COMPANY | 2420-000 | N/A | 672.72 | 672.72 | 672.72 |
| CHICAGO TITLE AND TRUST COMPANY | 2500-000 | N/A | 5,714.50 | 5,714.50 | 5,714.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| NEKOLA SURVEY, INC. | 2500-000 | N/A | 450.00 | 450.00 | 450.00 |
| Rabobank, N.A. | 2600-000 | N/A | 41.63 | 41.63 | 41.63 |
| Rabobank, N.A. | 2600-000 | N/A | 38.73 | 38.73 | 38.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $98,824.26 | $62,195.78 | $62,195.78 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 2,148.00 | 1,669.63 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,148.00 | $1,669.63 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | 16,203.00 | 16,372.40 | 0.00 | 0.00 |
| 2 | Marquette Bank | 7100-000 | 137,173.00 | 141,178.58 | 141,178.58 | 8,976.31 |
| 3 | American Express Centurion Bank | 7100-000 | 2,655.00 | 565.77 | 565.77 | 35.97 |
| 4 | Fifth Third Bank | 7100-000 | 7,697.00 | 7,252.14 | 7,252.14 | 461.10 |
| 5 | G Benjamin CPA PC | 7100-000 | 85,181.00 | 86,522.61 | 86,522.61 | 5,501.21 |
| 6 | Richard Wottrich | 7100-000 | N/A | 18,672.42 | 18,672.42 | 1,187.22 |
| NOTFILED | Sheldon E. Friedman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 44,163.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay Hoppe c/o Credentia, Inc | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $333,072.00 | $270,563.92 | $254,191.52 | $16,161.81 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-38887  
**Case Name:** WOTTRICH, RICHARD L  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/02/13 (f)  
**§341(a) Meeting Date:** 11/19/13  

**Period Ending:** 11/07/14  
**Claims Bar Date:** 01/23/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single-family home - 870 Thornwood, Glenview  Imported from original petition Doc# 1  (See Footnote) | 750,000.00 | 20,000.00 | | 775,000.00 | FA |
| 2 | Personal Funds  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking - Citibank - #5764  Imported from original petition Doc# 1 | 1,700.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous used household goods and furnishin  Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Use clothing fully depreciated  Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | IRA - Schwab - #1809  Imported from original petition Doc# 1 | 214.00 | 0.00 | | 0.00 | FA |
| 7 | 100% shareholder of DSI Investment Banking Servi  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2007 Mercedes ML350 - 75,000 miles- in possessio  Imported from original petition Doc# 1 | 10,250.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 VW Tiguan - 12,500 miles - In possession of  Imported from original petition Doc# 1 | 11,600.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets Totals** (Excluding unknown values) | **$775,464.00** | **$20,000.00** | | **$775,000.00** | **$0.00** |

RE PROP# 1    Debtor holds title in tenancy by entirety with non-debtor spouse.  Spouse is consenting to sale of property and is entitled to 1/2 of net proceeds of sale.

**Major Activities Affecting Case Closing:**

Assets have been administered.  Trustee is waiting for accountant to prepare estate income tax returns.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    August 26, 2014  (Actual)

Printed: 11/07/2014 07:46 AM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-38887 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | WOTTRICH, RICHARD L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9866 - Checking Account |
| Taxpayer ID #: | **-***4560 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/14 | | CHICAGO TITLE AND TRUST COMPANY | Net proceeds of sale of 870 Thornwood Ln., Glenview, IL per o/c 2-5-14 | | 27,430.37 | | 27,430.37 |
| | {1} | | Gross proceeds of sale    775,000.00 | 1110-000 | | | 27,430.37 |
| | | | Seterus, Inc.- First mortgage    -365,171.95 | 4110-000 | | | 27,430.37 |
| | | | TCF Bank- Second mortgage    -239,480.80 | 4110-000 | | | 27,430.37 |
| | | | ReMax- trustee broker commission    -19,482.50 | 3510-000 | | | 27,430.37 |
| | | | Koenig & Strey- buyer's broker commission    -19,092.50 | 3510-000 | | | 27,430.37 |
| | | | Past due 2012 and 2013 real estate taxes and credit for accrued taxes    -34,559.28 | 4700-000 | | | 27,430.37 |
| | | | Closing credit for maintenance costs    -3,500.00 | 2420-000 | | | 27,430.37 |
| | | | Carlson HVAC- Maintenance of furnace    -2,465.00 | 2420-000 | | | 27,430.37 |
| | | | Reimburse Sharon Wottrich for painting and repairs    -672.72 | 2420-000 | | | 27,430.37 |
| | | | Sharon Wottrich- 50% of net proceeds less amount paid to United Van Lines    -31,506.55 | 8500-002 | | | 27,430.37 |
| | | | United Van Lines, as directed by Sharon Wottrich    -10,923.83 | 8500-002 | | | 27,430.37 |
| | | | Richard Wottrich- Homestead exemption less funds directed to Catherine B. Hoppe    -7,500.00 | 8100-002 | | | 27,430.37 |
| | | | Catherine B. Hoppe, as directed by Richard Wottrich    -7,500.00 | 8100-002 | | | 27,430.37 |
| | | | Chicago Title- seller's title insurance, closing costs and transfer taxes    -5,714.50 | 2500-000 | | | 27,430.37 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 27,420.37 |

Subtotals :    $27,430.37    $10.00

{} Asset reference(s)    Printed: 11/07/2014 07:46 AM    V.13.15

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-38887 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | WOTTRICH, RICHARD L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9866 - Checking Account |
| Taxpayer ID #: | **-***4560 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/14 | 101 | NEKOLA SURVEY, INC. | Invoice #14-03-0126- Survey for 870 Thornwood, Glenview | 2500-000 | | 450.00 | 26,970.37 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.63 | 26,928.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.73 | 26,890.01 |
| 10/03/14 | 102 | RICHARD M. FOGEL | Dividend paid 100.00% on $2,500.00, Trustee Compensation; Reference: | 2100-000 | | 2,500.00 | 24,390.01 |
| 10/03/14 | 103 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Dividend paid 100.00% on $7,102.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,102.00 | 17,288.01 |
| 10/03/14 | 104 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Dividend paid 100.00% on $195.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 195.20 | 17,092.81 |
| 10/03/14 | 105 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $931.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 931.00 | 16,161.81 |
| 10/03/14 | 106 | Marquette Bank | 6.35% dividend on Claim # 2, Ref: XXXXX6699 | 7100-000 | | 8,976.31 | 7,185.50 |
| 10/03/14 | 107 | American Express Centurion Bank | 6.35% dividend on Claim # 3, Ref: XXXX-XXXXXX-X3001 | 7100-000 | | 35.97 | 7,149.53 |
| 10/03/14 | 108 | Fifth Third Bank | 6.35% dividend on Claim # 4, Ref: XXXX-XXXX-XXXX-8584 | 7100-000 | | 461.10 | 6,688.43 |
| 10/03/14 | 109 | G Benjamin CPA PC | 6.35% dividend on Claim # 5, Ref: | 7100-000 | | 5,501.21 | 1,187.22 |
| 10/03/14 | 110 | Richard Wottrich | 6.35% dividend on Claim # 6, Ref: | 7100-000 | | 1,187.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,430.37 | 27,430.37 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 27,430.37 | 27,430.37 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,430.37** | **$12,430.37** | |

| | | |
|---|---|---|
| Net Receipts : | 27,430.37 | |
| Plus Gross Adjustments : | 747,569.63 | |
| Less Payments to Debtor : | 15,000.00 | |
| Less Other Noncompensable Items : | 42,430.38 | |
| Net Estate : | $717,569.62 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9866 | 27,430.37 | 12,430.37 | 0.00 |
| | $27,430.37 | $27,430.37 | $0.00 |

{} Asset reference(s)